

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF OKLAHOMA

**FILED**

FEB 0 7 2020

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

CHARITY I. GREGORY, )
                                       )
         Plaintiff, )
                                       )
v. ) Case No.: 20 CV 0051 GKF - FHM
                                       )
MED-DATA, INCORPORATED, a )
foreign corporation, )
                                       ) **Attorneys' Lien Claimed**
         Defendant. ) **Jury Trial Demanded**

## COMPLAINT

**COMES NOW** Plaintiff and for her claim and cause of action against Defendant states and alleges:

    1.     Plaintiff, Charity I. Gregory, is a resident of Tulsa County, Oklahoma.

    2.     Defendant, Med-Data, Incoporated, is a corporation existing under the laws of the State of Oklahoma.

    3.     Plaintiff invokes the jurisdiction of this court under 28 U.S.C. § 1331, in that this action arises under the Family and Medical Leave Act of 1993, as amended ("FMLA"), 29 USC §§ 2601 et seq., and regulations promulgated thereunder.

    4.     At all times material herein Defendant has acted by and through its agents, servants and employees who were acting within the scope of their agency, service and employment.

5. At all times material herein Defendant has been subject to the provisions of the FMLA and Plaintiff, in her employment with Defendant, was protected by same.

6. Plaintiff was an employee of Defendant until November 25, 2019, when she terminated her employment with Defendant in retaliation for her exercising her rights under the FMLA and in violation of FMLA protections, including time off, time to furnish medical information and otherwise.

7. As a result, Plaintiff has lost wages and benefits and been otherwise damaged.

**WHEREFORE**, premises considered, Plaintiff prays for judgment against Defendant in the sum of $150,000, an equal amount in liquidated damages, interest, reinstatement to her job position, equitable relief, and such other and further relief to which Plaintiff is deemed entitled.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: _____
Frank W Frasier, OBA #17864
1700 Southwest Blvd.
Tulsa, OK 74107
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: frasier@tulsa.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing pleading was served on each of the parties hereto by mailing the same to them or to their attorneys of record on the 7 Day of February, 20 20

Esmeralda Eusebio

FWF/kes
\\FFH-VM-DC\Company\Clients\OPEN\Kathy\FWF\GREGORY, Charity I. (20-0138)\complaint (FMLA).wpd